1          United States Magistrate Judge J. Richard Creatura

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  WESTERN DISTRICT OF WASHINGTON

9    CHARLOTTE R. KELLER,                    )
                                             )   CIVIL NO. 10-5305BHS-JRC
10                        Plaintiff,         )
                                             )
11   vs.                                     )   ORDER   FOR   EXTENSION   OF
                                             )   TIME  TO  FILE  PLAINTIFF'S
12                                           )   OPENING BRIEF
     MICHAEL J. ASTRUE,                      )
13   Commissioner of Social Security,        )
                                             )
14                        Defendant.         )

15

16        Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

17        ORDERED that Plaintiff's Opening Brief shall be filed on or before September 9,

18   2010, Defendant's Answering Brief shall be filed on or before October 7, 2010, and

19   Plaintiff's Reply Brief shall be filed on or before October 21, 2010. Oral argument, if

20   desired, shall be requested by October 28, 2010.

21        DATED this 18th day of August, 2010.

22

23                                    _____
                                      J. Richard Creatura
24                                    United States Magistrate Judge

25

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF
– [C10-5305 BHS-JRC] - 1