United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLOTTE R. KELLER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 10-5305BHS-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before September 30, 2010, Defendant's Answering Brief shall be filed on or before October 28, 2010, and Plaintiff's Reply Brief shall be filed on or before November 12, 2010. Oral argument, if desired, shall be requested by November 19, 2010.

DATED this 13th day of September, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C10-5305 BHS-JRC] - 1