United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLOTTE R. KELLER, | ) |
| | ) CIVIL NO. C10-5305-BHS-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before October 7, 2010, Defendant's Answering Brief shall be filed on or before November 4, 2010, and Plaintiff's Reply Brief shall be filed on or before November 18, 2010. Oral argument, if desired, shall be requested by November 24, 2010.

The Court notes this is Plaintiff's third request for an extension. No further requests shall be granted without the showing of good cause.

DATED this 6th day of October, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C10-5305 BHS] - 1